THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv104

BILLY JOE MOORE, )
)
      Plaintiff, )
)
vs. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
      Defendant. )
)

## J U D G M E N T

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is hereby **REMANDED** to the Commissioner of Social Security.

**IT IS SO ORDERED.**

Signed: October 5, 2011

Martin Reidinger
United States District Judge